1024

[No. 61223-9-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVIER OMAR LOPEZ-MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03853-8, James D. Cayce, J., entered February 7, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.

[No. 61468-1-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARWAN A. HASAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02729-1, Gerald L. Knight, J., entered March 27, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 61477-1-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EMANUEL NATHANIEL PELLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02826-5, Joan E. DuBuque, J., entered March 3, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Cox, J.

[No. 61829-6-I. Division One. July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CRYSTAL MARVELLE CHATMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05446-1, Douglas D. McBroom, J., entered June 2, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Appelwick, J.